**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00971-CV
No. 05-13-00972-CV

**SARAH MARIE SMITH, Appellant**

**V.**

**JOHN MICHAEL SMITH, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-51420-2013**

## ORDER

We **GRANT** appellant's July 17, 2013 motion to consolidate. We **ORDER** the appeal docketed as appellate cause number 05-13-00972-CV **CONSOLIDATED** into the appeal docketed as appellate cause number 05-13-00971-CV. We **DIRECT** the Clerk of this Court to transfer all papers from appellate cause number 05-13-00972-CV to appellate cause number 05-13-00971-CV. Henceforth, all documents shall bear appellate cause number 05-13-00971-CV.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE